UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

DONALD E. BAKER; L. SUE BAKER; SEATEX CHARTERS, INC., an Alaskan Corporation,

    Plaintiffs,

v.

M/Y SEATEX, O.N. 287804, HER TACKLE, APPAREL, BOATS, APPURTENANCES, *in rem*; DANIEL JEFFERY WEBB; SEATEX CHARTERS II LLC., *in personam*,

    Defendants.

**IN ADMIRALTY**

No. _____

VERIFIED COMPLAINT FOR BREACH OF CONTRACT AND TO FORECLOSE FIRST PREFERRED MARINE MORTGAGE

Plaintiffs allege:

## I. JURISDICTION AND VENUE

1. This case is within the admiralty and maritime jurisdiction of this Court pursuant to the general maritime law and 28 U.S.C. § 1333, and is an admiralty and maritime claim within the meaning of Rule 9 (h) of the Federal Rules of Civil Procedure. Venue is proper in this district because Defendant Webb recently removed the defendant vessel from the Western District of Washington to this district to avoid the processes of the court in that district in a case now pending under cause number 3:11-cv-05122-RBL. Defendants Daniel Jeffery Webb transact business in this district. This Court also has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332, as there is complete diversity among the parties and the amount in controversy exceeds $75,000.

## II. PARTIES

2. Plaintiff SEATEX CHARTERS INC. is an Alaskan Corporation and has satisfied all prerequisites for maintaining this action. Plaintiff SEATEX CHARTERS INC. sold and conveyed the 56 foot Mathews motor yacht SEATEX, O.N. 287804, to Defendant

VERIFIED COMPLAINT FOR BREACH OF CONTRACT AND TO FORECLOSE FIRST PREFERRED MARINE MORTGAGE - 1

GIBBONS & ASSOCIATES, P.S.
1000 2nd Avenue, Suite 1600, Seattle, WA 98154
Phone 206/381-3340   Fax 206/381-3341

Daniel Jeffery Webb on or about August 19, 2010 pursuant to and in full compliance with obligations under a written agreement between Plaintiffs Donald E. Baker and Plaintiff L. Sue Baker, on the one hand, and Defendant Daniel Jeffery Webb, on the other hand, in consideration of promises and undertakings by Defendant Daniel Jeffery Webb, including the promise to pay Plaintiffs Donald E. Baker and Plaintiff L. Sue Baker the total purchase price for the referenced motor yacht, in the amount of U.S. $94,000.

3. Plaintiffs Donald E. Baker and Plaintiff L. Sue Baker are the holders of a First Preferred Marine Mortgage on the M/Y SEATEX, O.N. 287804, granted by SEATEX CHARTERS II LLC. and Defendant Daniel Jeffery Webb to them on or about August 19, 2010 in the amount of U.S. $85,550.00 (eighty-five thousand five hundred and fifty dollars) pursuant to a written agreement between them and Defendant Daniel Jeffery Webb as collateral in part for obligations undertaken by Defendant Daniel Jeffery Webb to Plaintiffs Donald E. Baker and Plaintiff L. Sue Baker on August 19, 2010 in connection with the purchase of the M/Y SEATEX, O.N. 287804 by Defendant Daniel Jeffery Webb.

4. Defendant Daniel Jeffery Webb is a resident of Washington who in a written agreement dated August 19, 2010 agreed to purchase the SEATEX, O.N. 287804, a 56 foot Mathews motor yacht, and to grant to Donald E. Baker and L. Sue Baker a First Preferred Marine Mortgage thereon in the amount of U.S. $85,550.00 (eighty-five thousand five hundred and fifty dollars), to make certain periodic payments to Donald E. Baker and L. Sue Baker until payment in full for the defendant vessel, to obtain and to maintain certain insurances on the defendant vessel M/Y SEATEX, O.N. 287804, for the benefit of Plaintiffs Donald E. Baker and Plaintiff L. Sue Baker, to keep plaintiffs apprised of the vessel's location at all times, to keep the defendant vessel free and clear of any and all liens and encumbrances, to re-convey the defendant vessel immediately upon default, to accept the defendant vessel as is, where is, without warranty as to condition, to pay attorney's fees and

VERIFIED COMPLAINT FOR BREACH OF CONTRACT
AND TO FORECLOSE FIRST PREFERRED MARINE
MORTGAGE - 2

GIBBONS & ASSOCIATES, P.S.
1000 Fourth Avenue, Suite 3600, Seattle, WA 98154
Phone 206/381-3340   Fax 206/381-3341

Case 3:11-cv-00096-HRH   Document 1   Filed 05/03/11   Page 2 of 10

costs of suit in the event of default, etc., as reflected in the First Preferred Marine Mortgage and promissory note and agreement attached hereto in true and accurate form.

5. Defendant SEATEX CHARTERS II LLC. is a purported Washington limited liability company organized by defendant Daniel Jeffery Webb, as an *alter ego* of himself and as to which he is the "President" and sole member, for the ostensible purpose of conducting business using the Defendant M/Y SEATEX, O.N. 287804 as an instrumentality thereof. Defendant SEATEX CHARTERS II LLC. is the ostensible grantor of the First Preferred Marine Mortgage on the M/Y SEATEX, O.N. 287804, and the ostensible purchaser of the defendant vessel on documents recorded at the National Vessel Documentation Center on forms provided by the U.S. Coast Guard.

### III. FACTS

6. Plaintiffs are the holders and intended beneficiaries of a promissory note and valid, enforceable First Preferred Marine Mortgage on the M/Y SEATEX, O.N. 287804, including her boats, tackle, equipment and appurtenances, wherever located, which First Preferred Marine Mortgage was duly recorded at the National Vessel Documentation Center against the M/Y SEATEX, O.N. 287804, on or about August 20, 2010 to evidence defendants' debt and certain obligations to Plaintiffs in connection with said vessel.

7. Defendants Daniel Jeffery Webb and SEATEX CHARTERS II LLC. have defaulted on the promissory note and First Preferred Marine Mortgage and breached the agreement between Plaintiffs and Defendant Webb, including specifically by failing to make the agreed required periodic payments necessary to amortize the U.S. $85,550 balance due for the purchase of the M/Y SEATEX, O.N. 287804, on a timely basis; by failing to obtain and to maintain certain insurances on the defendant vessel M/Y SEATEX, O.N. 287804, by failing to keep Plaintiffs apprised of the vessel's location at all times, by failing to keep the vessel free and clear of any and all liens and encumbrances, by failing to re-convey the

VERIFIED COMPLAINT FOR BREACH OF CONTRACT
AND TO FORECLOSE FIRST PREFERRED MARINE
MORTGAGE - 3

GIBBONS & ASSOCIATES, P.S.
Case 3:11-cv-00096-HRH  Document 1  Filed 05/03/11  Page 3 of 10
Phone 206/381-3340  Fax 206/381-3341

defendant vessel upon default, by failing to pay attorney fees and costs of suit in the event of default, etc.

8. Plaintiffs have suffered damages as a direct and foreseeable consequence of Defendants Daniel Jeffery Webb's and SEATEX CHARTERS II LLC.'s default on the promissory note and First Preferred Marine Mortgage and breach of the written agreement between Plaintiffs and Defendants Daniel Jeffery Webb and SEATEX CHARTERS II LLC. in an amount to be proved at trial, but in any event no less than the total agreed purchase price of U.S. $94,000 (ninety-four thousand U.S. dollars), plus agreed accrued interest on the outstanding balance at 8% (eight percent) per annum, compounded daily, from August 19, 2010, plus accrued late fees and attorneys fees and costs of suit, of no less than $4,500.00, as appears in the attached First Preferred Marine Mortgage and promissory note.

## IV  CAUSES OF ACTION

### A  BREACH OF MARITIME CONTRACT

9. Defendants' conduct as alleged above was in breach of the parties' agreement in respect of the defendant vessel M/Y SEATEX. Plaintiffs have suffered damages as a direct and foreseeable consequence, in an amount to be proved at trial, including but not limited to the benefit of their bargain, late fees, accrued interest and attorney's fees and costs of suit, plus prejudgment interest thereon, in accordance with admiralty and maritime law.

### B.  FORECLOSURE OF FIRST PREFERRED MARINE MORTGAGE

10. Defendants' conduct as alleged above was in breach of the parties' agreement in respect of the First Preferred Marine Mortgage on the defendant vessel M/Y SEATEX and constitutes a violation thereof and a default thereunder. Plaintiffs have suffered damages as a direct and foreseeable consequence, in an amount to be proved at trial, including but not limited to late fees, accrued interest and attorney's fees and costs of suit, custodial expenses and Marshal's fees, plus prejudgment interest thereon, in accordance with admiralty and

VERIFIED COMPLAINT FOR BREACH OF CONTRACT
AND TO FORECLOSE FIRST PREFERRED MARINE
MORTGAGE  4

GIBBONS & ASSOCIATES, P.S.
1420 Fifth Avenue, Suite 2200, Seattle, WA 98154
Phone 206/381-3340  Fax 206/381-3341

Case 3:11-cv-00096-HRH  Document 1-E  Filed 05/03/11  Page 4 of 10

maritime law, and entitling Plaintiffs to judgment foreclosing their First Preferred Marine Mortgage upon the vessel, M/Y SEATEX, including her boats, tackle, equipment and appurtenances, wherever located, *in rem*, with priority over all subsequent liens and encumbrances, in accordance with admiralty and maritime law.

V.  **PRAYER FOR RELIEF**

Plaintiffs pray:

1. For judgment for breach of contract against Defendants Daniel Jeffery Webb and SEATEX CHARTERS II LLC., *in personam*, and against the vessel M/Y SEATEX, O.N. 287804, including her boats, tackle, equipment and appurtenances, wherever located, *in rem*;

2. For judgment against the vessel M/Y SEATEX, O.N. 287804, including her boats, tackle, equipment and appurtenances, wherever located, *in rem*;

3. For process to issue against the vessel M/Y SEATEX, O.N. 287804, including her boats, tackle, equipment and appurtenances, wherever located, and that she be arrested and sold in accordance with the rules and processes of this Court, and that the proceeds thereof be deposited into the registry of this Court to abide the judgment in favor of Plaintiffs;

4. That Plaintiffs' First Preferred Marine Mortgage be foreclosed against the vessel M/Y SEATEX, O.N. 287804, including her boats, tackle, equipment and appurtenances, wherever located, *in rem*;

5. That Plaintiffs be awarded such other and further relief against Defendants as this Court might deem appropriate, including reasonable attorney's fees and costs of suit and prejudgment interest on Plaintiffs' claims, in accordance with the parties' agreement, admiralty and maritime law, applicable statutes, and the rules and practices of this Court.

VERIFIED COMPLAINT FOR BREACH OF CONTRACT
AND TO FORECLOSE FIRST PREFERRED MARINE
MORTGAGE    5

GIBBONS & ASSOCIATES, P.S.
505 Madison Street, Suite 600, Seattle, WA 98154
Phone 206/381-3340   Fax 206/381-3341

Case 3:11-cv-00095-HRH   Document 1   Filed 05/03/11   Page 5 of 10

Respectfully submitted this 2nd day of May, 2011.

        Hedland, Brennan and Heideman
        Attorneys for Plaintiff
        <u>s/James T. Brennan</u>
        1227 W. 9th Avenue, Suite 300
        Anchorage, Alaska 99501
        Phone: (907) 279-5528
        Fax: (907) 278-0877
        E-mail: law@hbhc.alaska.net
        ABA No. 7610080

Respectfully submitted this 2nd day of May, 2011.

        Gibbons & Associates
        Attorneys for Plaintiff
        <u>s/Steve V. Gibbons</u>
        1420 Fifth Avenue, Suite 2200
        Seattle, Washington 98101-2622
        Phone: (206) 381-3340
        Fax: (206) 381-3341
        E-mail: svg@gibbonslawgroup.com
        WBA No. 14028

State of <u>California</u> )
       ) ss.
County of <u>Los Angeles</u> )

**<u>VERIFICATION</u>**

I, <u>Donald E Baker</u>, being first duly sworn upon oath, hereby affirm that I have read the foregoing Verified Complaint, know the contents thereof and believe the

VERIFIED COMPLAINT FOR BREACH OF CONTRACT
AND TO FORECLOSE FIRST PREFERRED MARINE
MORTGAGE 6

GIBBONS & ASSOCIATES, P.S.
1001 Fourth Avenue, Suite 3600, Seattle, WA 98154
Phone 206/381-3340 Fax 206/381-3341

Case 3:11-cv-00096-HRH Document 1 Filed 05/03/11 Page 6 of 10

same to be true, based upon personal knowledge of the facts alleged above and upon the best information to me available.

_Donald E Baker_ [signed]

Donald E. Baker

Subscribed and sworn to before me this 20ᵗʰ day of April, 2011.

_Dianne M. Samonas_, Notary Public

[Notary stamp: DIANNE M. SAMONAS, Commission # 1837764, Notary Public - California, Los Angeles County, My Comm. Expires Feb 22, 2013]

Notary Public in and for the State of California

My commission expires Feb 22, 2013

State of _____ )
                  ) ss.
County of _____ )

### VERIFICATION

I, _____, being first duly sworn upon oath, hereby affirm that I have read the foregoing Verified Complaint, know the contents thereof and believe the same to be true, based upon personal knowledge of the facts alleged above and upon the best information to me available.

_____ [signed]

L. Sue Baker

Subscribed and sworn to before me this ____ day of _____, 2011.

VERIFIED COMPLAINT FOR BREACH OF CONTRACT
AND TO FORECLOSE FIRST PREFERRED MARINE
MORTGAGE    7

GIBBONS & ASSOCIATES, P.S.
1001 Fourth Avenue, Suite 3600, Seattle, WA 98154
Phone 206/381-3340   Fax 206/381-3341

Case 3:11-cv-00096-HRH   Document 1   Filed 05/03/11   Page 7 of 10

Notary Public in and for the State of ____

My commission expires _____, 200____

State of California )
) ss.
County of Los Angeles )

**VERIFICATION**

I, DONALD E BAKER, being first duly sworn upon oath, hereby affirm that I have read the foregoing Verified Complaint, know the contents thereof and believe the same to be true, based upon personal knowledge of the facts alleged above and upon the best information to me available, and that I am the PRESIDENT of SEATEX CHARTERS, INC.

_Donald E Baker_ [signed]

Donald E. Baker, President [title]

Subscribed and sworn to before me this 20th day of April, 2011.

_Diane M. Samonas, Notary Public_

DIANNE M. SAMONAS
Commission # 1837764
Notary Public - California
Los Angeles County
My Comm. Expires Feb 22, 2013

Notary Public in and for the State of ____
California

My commission expires Feb 22, 200 2013

VERIFIED COMPLAINT FOR BREACH OF CONTRACT
AND TO FORECLOSE FIRST PREFERRED MARINE
MORTGAGE   8

GIBBONS & ASSOCIATES, P.S.
1001 Fourth Avenue, Suite 3600, Seattle, WA 98154
Phone 206/381-3340   Fax 206/381-3341

Case 3:11-cv-00096-HRH   Document 1   Filed 05/03/11   Page 8 of 10

I, _____, being first duly sworn upon oath, hereby affirm that I have read the foregoing Verified Complaint, know the contents thereof and believe the same to be true, based upon personal knowledge of the facts alleged above and upon the best information to me available.

_____ [signed]

Donald E. Baker

Subscribed and sworn to before me this \_\_\_\_\_ day of _____, 2011.

_____

Notary Public in and for the State of \_\_\_\_

_____.

My commission expires _____ , 200_____

State of _____ )
) ss.
County of _____ )

## **VERIFICATION**

I, *L. Sue Baker*, being first duly sworn upon oath, hereby affirm that I have read the foregoing Verified Complaint, know the contents thereof and believe the same to be true, based upon personal knowledge of the facts alleged above and upon the best information to me available.

*L. Sue Baker* [signed]

L. Sue Baker

VERIFIED COMPLAINT FOR BREACH OF CONTRACT
AND TO FORECLOSE FIRST PREFERRED MARINE
MORTGAGE   7

GIBBONS & ASSOCIATES, P.S.
1001 Fourth Avenue, Suite 3600, Seattle, WA 98154
Phone 206/381-3340   Fax 206/381-3341

Case 3:11-cv-00096-HRH   Document 1   Filed 05/03/11   Page 9 of 10

Subscribed and sworn to before me this 20th day of April, 2011.

Cathy L. Davenport

Notary Public in and for the State of Colorado.

My commission expires August 6, 2013

[Notary seal: NOTARY PUBLIC, CATHY L DAVENPORT, STATE OF COLORADO]

State of Colorado )
             ) ss.
County of Adams )

**VERIFICATION**

I, _____, being first duly sworn upon oath, hereby affirm that I have read the foregoing Verified Complaint, know the contents thereof and believe the same to be true, based upon personal knowledge of the facts alleged above and upon the best information to me available, and that I am the _____ of SEATEX CHARTERS, INC.

_____ [signed]

Donald E. Baker, _____ [title]

Subscribed and sworn to before me this ____ day of _____, 2011.

_____
Notary Public in and for the State of ____
_____.

VERIFIED COMPLAINT FOR BREACH OF CONTRACT
AND TO FORECLOSE FIRST PREFERRED MARINE
MORTGAGE   8

GIBBONS & ASSOCIATES, P.S.
1001 Fourth Avenue, Suite 3600, Seattle, WA 98154
Phone 206/381-3340   Fax 206/381-3341

Case 3:11-cv-00096-HRH   Document 1   Filed 05/03/11   Page 10 of 10