UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. BAKER; L. SUE BAKER; SEATEX CHARTERS, INC., an Alaskan Corporation,<br><br>                Plaintiffs,<br>   vs.<br><br>M/Y SEATEX, O.N. 287804, HER TACKLE, APPAREL, BOATS, APPURTENANCES, in rem; DANIEL JEFFERY WEBB; SEATEX CHARTERS II LLC., in personam,<br><br>                Defendants. | 3:11-cv-096-HRH-JDR<br><br>**ORDER<br>AUTHORIZING<br>ARREST OF VESSEL**<br><br>(Docket 6) |

        Having considered the file and Verified Complaint herein and the Petition and Declaration of Steven V. Gibbons, requesting an Order authorizing the arrest of the M/Y SEATEX, together with her appurtenances, and finding that Plaintiffs have an action in rem against the said vessel in the approximate amount

alleged, and that there is sufficient reason to believe the said vessel is within this District and within the jurisdiction of this Court, it is hereby ORDERED that the arrest of the M/V SEATEX is authorized.

DATED this  10th  day of May, 2011, at Anchorage, Alaska.

                                         /s/ John D. Roberts
                                        JOHN D. ROBERTS
                                        United States Magistrate Judge

11-cv-096-HRH-JDR BAKER @6 Order Re In Rem Arrest of Vessel_mtd.wpd    2

Case 3:11-cv-00096-HRH   Document 12   Filed 05/10/11   Page 2 of 2