IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DONALD E. BAKER; L. SUE BAKER; )
SEATEX CHARTERS, INC., an Alaska )
Corporation, )
)
                    Plaintiffs, )
)
  vs. )
)
M/Y SEATEX, O.N. 287804, her )
tackle, apparel, boats, )
appurtenances, in rem; DANIEL )
JEFFERY WEBB; SEATEX CHARTERS II )
LLC, in personam, )
) No. 3:11-cv-0096-HRH
                    Defendants. )
_____)

O R D E R

Motion for Default Judgment in Rem

    Plaintiffs move for entry of default judgment in rem against defendant vessel, M/Y SEATEX, O.N. 287804, her tackle, apparel, boats, and appurtenances, wherever found, in accordance with the plaintiffs' verified complaint.[1]

    The clerk has heretofore entered the defendants' default in rem.[2]

    Plaintiffs' motion has been considered by the assigned magistrate judge who has served and filed his recommendation[3] regarding motion for default judgment in rem. The recommendation made provi-

---

[1]Docket No. 22.

[2]Docket No. 21.

[3]Docket No. 27.

sion for the filing of objections by July 22, 2011.  No such objections have been filed.

For the reasons and upon the authorities set out by the magistrate judge in his recommendation, the motion for entry of default judgment <u>in rem</u> is granted.

Upon submission of plaintiffs' affidavit setting out the full principal balance and interest due under the contract of purchase and preferred marine mortgage, costs incurred, and attorney fees, the court is prepared to direct the entry of judgment and order the foreclosure of plaintiffs' mortgage and sale of the defendant vessel.

DATED at Anchorage, Alaska, this <u>27th</u> day of July, 2011.

<u>/s/ H. Russel Holland</u>
United States District Judge

- 2 -

Case 3:11-cv-00096-HRH   Document 29   Filed 07/27/11   Page 2 of 2