IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DONALD E. BAKER; L. SUE BAKER;       )
SEATEX CHARTERS, INC., an Alaska     )
Corporation,                         )
                                     )
                    Plaintiffs,      )
                                     )
    vs.                              )
                                     )
M/Y SEATEX, O.N. 287804, her         )
tackle, apparel, boats,              )
appurtenances, in rem; DANIEL        )
JEFFERY WEBB; SEATEX CHARTERS II     )
LLC, in personam,                    )
                                     )       No. 3:11-cv-0096-HRH
                    Defendants.      )
_____)


O R D E R

Default Judgment in Rem

Plaintiffs moved for the entry of default judgment in rem against the defendant vessel and that motion was granted by order of July 27, 2011.[1] The order called upon plaintiffs to submit proof of amounts due under the contract for purchase and preferred marine mortgage, and the court is in receipt of plaintiffs' supplemental declaration in support of the entry of default judgment in rem.[2]

Based upon the report and recommendation of the assigned United States magistrate judge, the plaintiffs' supplemental decla-

---

[1]Docket No. 29.

[2]Docket No. 31.

- 1 -

ration and the record in these proceedings, including the preferred marine mortgage and sales agreement appended to the plaintiffs' initial declaration,[3] it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiffs have default judgment <u>in rem</u> for breach of the contact of purchase and for breach of the preferred marine mortgage against the defendant vessel, M/Y SEATEX, O.N. 287804, her tackle, apparel, boats, and appurtenances, wherever located, <u>in rem</u>, in the following amounts:

| | |
|---|---:|
| Principal Contract Balance: | $ 84,397.34 |
| Interest as of 07.31.11: | $  5,104.98 |
| Late Fees: | $    450.00 |
| Insurance: | $    955.75 |
| Moorage Costs through 07.31.11: | $    802.62 |
| Custodian Fees through 07.31.11: | $  1,900.00 |
| Marshals Fees & Costs to 07.31.11: | $  1,268.07 |
| Costs to 07.31.11:[4] | $  1,970.85 |
| Attorney Fees: | <u>$ 15,334.75</u> |
| Total Judgment: | <u>$112,184.36</u> |

This judgment shall accrue interest at 8% per annum from August 1, 2011, until satisfied.

Plaintiffs are entitled to judgment for additional insurance expense, U.S. Marshals fees, sales commissions, substitute cus-

---

[3]Docket No. 26.

[4]Filing fees, $700.00; on-line investigative cost, $21.60; vessel documentation, $25.00; publication costs, $1,112.17; postage, photocopying, and long-distance charges, $112.08.

todian fees, and moorage expenses, which shall accrue until the defendant vessel is sold.

DATED at Anchorage, Alaska, this 9th day of August, 2011.

/s/ H. Russel Holland
United States District Judge