# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

DONALD E. BAKER; L. SUE BAKER; SEATEX CHARTERS, INC., an Alaskan Corporation

v.

M/Y SEATEX, O.N. 287804, HER TACKLE, APPAREL, BOATS, APPURTENANCES, *In Rem*; DANIEL JEFFERY WEBB; SEATEX CHARTERS II LLC, *In Personam*

Case No. 3:11-cv-00096-HRH-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Leslie R. Need, Law Clerk - Magistrate Judge's Chambers

---

## MINUTE ORDER FROM CHAMBERS

**RE:** Motion for Order of Foreclosure and Sale (Docket 23)

The Plaintiff has filed a *Motion for Order of Foreclosure and Sale* at Docket 23. Neither the *Motion* nor the proposed order include a date, time or location for the proposed sale. Local Admiralty Rule (e)-14 requires that an order for the sale of a vessel must contain this information. Plaintiff is HEREBY DIRECTED to file such information forthwith. An Order regarding the *Motion* at Docket 23 will not issue until the pertinent information is on file with the Court. IT IS SO ORDERED.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

August 11, 2011

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\00 C I V I L\11-cv-096-HRH-JDR BAKER ADM\11-cv-096-HRH-JDR SEATEX @23  MO Requesting Filing of Date, Time and Location of the Sale of Vessel_mtd.wpd